# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America

v.

CHUI KOK WA (DOB: XX/XX/XXXX)
GISLEN NEUKEU (DOB: XX/XX/XXXX)
SHAMUSA NINSIIMA (DOB: XX/XX/XXXX)
CLEMENT MUGIRANEZA (DOB:XX/XX/XXXX)
MERVEILLE MUDACUMURA (DOB: XX/XX/XXXX)
NICODEMUS HINGIMA MONYANCHA (DOB: XX/XX/XXXX)

*Defendant(s)*

Case: 1:26-mj-000195
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 10/23/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 2025 - April 2026 in the jurisdiction of the District of Columbia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. Sections 1343 and 1349 - Wire Fraud Conspiracy | |

This criminal complaint is based on these facts:

See attached statement of facts.

❒ Continued on the attached sheet.

[redacted]

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 10/23/2026

*Judge's signature*

City and state: Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*